UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JEROME LEWIS, | No. 2:20-cv-00346-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES GLICK; SAFETYNET WIRELESS; GINA THOMAS; VINCENT THOMAS; and ERNEST MUNIUZ, | |
| Defendants. | |

On May 14, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

Accordingly, the Court presumes any findings of fact are correct. *See Orland v. United States*, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 14, 2020, are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the March 20, 2020 order (ECF No. 3).

DATED: June 15, 2020

Troy L. Nunley
United States District Judge